IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED

JAN 3 0 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:18-cr-005 |
| v. | INDICTMENT |
| JOSE ANTONIO MORENO, and, ARSHAK ARAYAN, | T. 18, U.S.C. § 2 |
| | T. 21, U.S.C. §§ 841(a)(1), (b)(1)(B) |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about December 2, 2017, in the Southern District of Iowa, defendants, JOSE ANTONIO MORENO and ARSHAK ARAYAN, did knowingly and intentionally possess with intent to distribute, a controlled substance, with said controlled substance being 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Richard E. Rothrock
Assistant United States Attorney